THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TED VO, | CASE NO. C21-0267-JCC |
|         Plaintiff, | MINUTE ORDER |
|   v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
|         Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion for dismissal (Dkt. No. 16) is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 19th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk